UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

KANONIE N. HALL,                          )        CASE NO. 1:09 CV 1088
                                          )
            Petitioner,                   )        JUDGE DAN AARON POLSTER
                                          )
      v.                                  )
                                          )        JUDGMENT ENTRY
CLEVELAND MUNICIPAL COURT,                )
                                          )
            Respondent.                   )


      This Court having contemporaneously filed its Memorandum
of Opinion in this case, it is therefore ORDERED that this action
is dismissed pursuant to Rule 4 of the Rules Governing Section 2254
Cases.   Further,  the  Court  CERTIFIES  pursuant  to  28  U.S.C.
§1915(a)(3) that an appeal from this decision could not be taken in
good  faith,  and  that  there  is  no  basis  on  which  to  issue  a
certificate  of  appealability.   Fed.R.App.P.  22(b);  28  U.S.C.  §
2253.


                              /s/Dan Aaron Polster 6/10/09
                              DAN AARON POLSTER
                              UNITED STATES DISTRICT JUDGE